# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **OLIN C. SCOTT, JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 14-0417-CG-B** |
| ) | |
| **FORD MOTOR COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that Plaintiff's Motion to Remand is **GRANTED** and that this case is hereby **REMANDED** to the Circuit Court of Baldwin County, Alabama.

**DONE and ORDERED** this 6th day of February, 2015.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE